

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-26-00005-CR

———————————————————

EX PARTE DOMINIQUE LEE BEACHUM

---

On Appeal from the 367th District Court
Denton County, Texas
Trial Court No. F24-1570-367

---

Before Sudderth, C.J.; Kerr and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Both he and his attorney have signed the unopposed motion, and Appellant has filed it before our resolution of the case. *See* Tex. R. App. P. 42.2(a). Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: February 19, 2026